IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

  **Plaintiff,**

 v.         **Criminal Action No. 1:22-CR-66-1**
             **(Judge Kleeh)**

**WILLIAM KEVIN GLOVER,**

  **Defendant.**

**ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 232] AND DENYING DEFENDANT'S MOTION TO SUPPRESS [ECF NO. 217]**

On January 23, 2024, Defendant William Glover ("Defendant") filed a motion to suppress physical evidence. Pursuant to 28 U.S.C. § 636, the Court referred the motion to United States Magistrate Judge Michael J. Aloi for initial review and preparation of a Report and Recommendation ("R&R"). The Magistrate Judge recommended that the motion to suppress be denied. ECF No. 232.

When considering a magistrate judge's R&R pursuant to 28 U.S.C. § 636(b)(1), the Court must review de novo those portions to which objection is timely made. Otherwise, "the Court may adopt, without explanation, any of the magistrate judge's recommendations to which the [defendant] does not object." Dellarcirprete v. Gutierrez, 479 F. Supp. 2d 600, 603-04 (N.D.W. Va. 2007) (citing Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983)). Courts will uphold portions of a recommendation to which no objection has been

made unless they are clearly erroneous. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005).

Here, objections to the Magistrate Judge's R&R were due on or before February 23, 2024. To date, Defendant has not filed any objections. Accordingly, the Court reviewed the R&R for clear error.

## Conclusion

Upon careful review of the above, and finding no clear error, the Court **ADOPTS** the R&R [ECF No. 232]. Defendant's motion to suppress [ECF No. 217] is **DENIED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: February 27, 2024.

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA